United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLEXUS LEARNING DESIGNS INC, | No.   C05-01820 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| VITESSLEARNING INC, | |
| Defendant. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by **Friday, February 17, 2006,** the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  2/7/2006

MARTIN J. JENKINS
United States District Judge