1  Irwin B. Schwartz (SBN 141140)
   John V. Komar (SBN 169662)
2  Petrie Schwartz LLP
   2033 Gateway Place, Suite 500
3  San Jose, California 95110
   Telephone: 408-947-9099
4  Facsimile: 408-947-9001

5  Attorneys for Plaintiff
   Riverdeep Inc., a Limited Liability Company
6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 PLEXUS LEARNING DESIGNS, INC.,              ) Case No.: C05 1820 MJJ
                                                )  Order granting:
11      Plaintiff,                              )
                                                ) NOTICE OF DISMISSAL
12 vs.                                          )
                                                )
13                                              )
   VITESSE LEARNING, INC.,                      )
14                                              )
        Defendants.                             )
15                                              )
                                                )
16                                              )

17

18      Please take notice that plaintiff Plexus Learning Designs, Inc., dismisses

19 without prejudice defendant Vitesse Learning, Inc., which has not appeared in the

20 action:

21      The dismissal is made pursuant to Rule 41(a) of the Federal Rules of Civil

22 Procedure 41(a).

23 Dated:  February 7, 2006              Respectfully submitted,

24

25                                       _____/s/_____
26                                       John V. Komar (SBN 169662)
                                         Irwin B. Schwartz (SBN 141140)
27 It is so ordered,
                                         Counsel for Plaintiff
28 2/10/2006                             PLEXUS LEARNING DESIGNS, INC.

   *Martin J. Jenkins*

Notice of Dismissal                                            C05 1820 MJJ